NATHAN LEVINE, Respondent, v. NATHAN FREEMAN, Appellant.— Judgment and order affirmed, with costs. Van Kirk, P. J., Hinman, Davis and Hill, JJ., concur; Hasbrouck, J., dissents on the ground that the plaintiff did not earn the commission.

BOARD OF HUDSON RIVER REGULATING DISTRICT, Respondent, v. FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY and THE NEW YORK TRUST COMPANY, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

W. E. HEDGER COMPANY, INC., Respondent, Appellant, v. THE DELAWARE AND HUDSON COMPANY, Appellant, and RENSSELAER AND SARATOGA RAILROAD COMPANY, Respondent.— Order setting aside verdict in favor of the Delaware and Hudson Company reversed, on the law and facts, with costs, and the verdict reinstated and judgment directed thereon, with costs, on the ground that there was a question of fact for the jury and their verdict was not against the weight of the evidence. Order denying plaintiff's motion to set aside the verdict in favor of Rensselaer and Saratoga Railroad Company affirmed, with costs. Van Kirk, P. J., Hinman and Hill, JJ., concur; Whitmyer, J., dissents as to the Delaware and Hudson Company; Davis, J., not sitting.

WILLIAM STEWART, as Trustee of WILLIAM J. R. COLLINS and D. WHEELER FINCH, Individually and as Copartners Doing Business under the Firm Name and Style of COLLINS & FINCH, Bankrupts, Respondent, v. ALLIED AMERICAN MUTUAL AUTOMOBILE INSURANCE COMPANY OF BOSTON, Appellant.— Judgment and order affirmed, with costs. Van Kirk, P. J., Hinman, Davis and Whitmyer, JJ., concur; Hasbrouck, J., dissents on the ground that there are facts sufficient to warrant the inference by the jury that one of the bankrupts set the automobile on fire.

In the Matter of the Claim of MARY PERILLO, Respondent, against LOUIS MALAMENT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MARY COHEN, Respondent, against JACOB MENCHER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of DOLORES MANNO, Respondent, against BISHOP WIRE AND CABLE CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of FINNACO ONOFRIO, Respondent, against ELGIN A. SIMONDS Co. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of DONNIC MAURO, Respondent, against KIRWIN-ESTABROOK CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to